| United States Bankruptcy Court<br>Western District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Thiele Manufacturing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **51-0561880** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**11 Stanwix Street<br>Suite 1450<br>Pittsburgh, PA**   ZIPCODE **15222** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):   ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Allegheny** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**309 Spruce Street, Windber, PA**   ZIPCODE **15963**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Thiele Manufacturing, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                                      Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Thiele Manufacturing, LLC** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | **X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Richard R. Tarantine*<br>Signature of Attorney for Debtor(s)<br><br>**Richard R. Tarantine PA # 49082**<br>**Blackwell, Tarantine & Certo P.C.**<br>**801 Vinial Street**<br>**Pittsburgh, PA 15212-5127**<br>**(412) 391-5299  Fax: (412) 391-2247**<br>**rrt@btclaw.com**<br><br><br>**December 19, 2008**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ Everett Burns*<br>Signature of Authorized Individual<br>**Everett Burns**<br>Printed Name of Authorized Individual<br>**Member**<br>Title of Authorized Individual<br>**December 19, 2008**<br>Date | **X** _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Pennsylvania

**IN RE:**

Case No. _____

**Thiele Manufacturing, LLC**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Component Technology**<br>**2004 Paysphere Circle**<br>**Chicago, IL  60673** | | **Trade debt** | | **724,524.43** |
| **Gledhill Road Machinery Co.**<br>**PO Box 430**<br>**Newark, OH  43058-0430** | | **Trade debt** | | **665,424.42** |
| **Mandel Metals, Inc.**<br>**#774361, 4361 Solutions Center**<br>**Chicago, IL  60677-4003** | | **Trade debt** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **317,840.29** |
| **International Extrusions**<br>**3173 Paysphere Circle**<br>**Chicago, IL  60674** | | **Trade debt** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **214,161.00** |
| **Ryerson, J.T. & Son, Inc.**<br>**PO Box 360208 M**<br>**Pittsburgh, PA  15251-1286** | | **Trade debt** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **179,939.12** |
| **Alro Steel Corporation**<br>**PO Box 641005**<br>**Detroit, MI  48264-1005** | | **Trade debt** | | **125,360.27** |
| **Extrudex Aluminum, Inc.**<br>**12051 Mahoning Avenue**<br>**North Jackson, OH  44451** | | **Successor Liability** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **117,000.00** |
| **Bosch Rexroth Canada Corp.**<br>**490 Prince Charles Drive S**<br>**Welland, ON  L3B 5X7** | | **Trade debt** | | **79,464.60** |
| **Best Metal Products Co.**<br>**2027 Momentum Place**<br>**Chicago, IL  60689-5320** | | **Trade debt** | | **76,912.09** |
| **Straub Metal**<br>**PO Box 7 Drawer D**<br>**Ashley, PA  18706** | | **Trade debt** | | **73,535.57** |
| **FLink**<br>**502 N. Vermillion Street**<br>**Streator, IL  61364** | | **Trade debt** | | **69,331.33** |
| **M. Glosser & Sons, Inc.**<br>**72 Messenger Street**<br>**Johnstown, PA  15902** | | **Trade debt** | | **67,115.53** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Metals USA, Plates & Shapes**<br>**Northeast, LP**<br>**81 Century Drive**<br>**Ambridge, PA  15003** | **Successor**<br>**Liability** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **60,000.00** |
| **Dale Oxygen And Acetylene, Inc.**<br>**146 Homer Street**<br>**Johnstown, PA  15902** | **Successor**<br>**Liability** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **52,000.00** |
| **Valley National Gases, Inc.**<br>**PO Box 6378**<br>**Wheeling, WV  26003-0615** | **Trade debt** | | **50,962.66** |
| **Custom Hoists, Inc.**<br>**23842 Network Place**<br>**Chicago, IL  60693** | **Trade debt** | | **50,217.00** |
| **The Hartford**<br>**PO Box 2907**<br>**Hartford, CT  06104-2907** | **Trade debt** | | **49,133.00** |
| **BCL Manufacturing, Inc.**<br>**161 Bello Drive**<br>**Windber, PA  15963** | **Trade debt** | | **46,361.11** |
| **Mid-State Sales, Inc.**<br>**1101 Gahanna Parkway**<br>**Columbus, OH  43230** | **Trade debt** | | **41,964.45** |
| **Epicor Software Corporation/Medicredit**<br>**Department 1547**<br>**Los Angeles, CA  90084-1547** | **Trade debt** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **39,542.20** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **December 19, 2008**          Signature: */s/ Everett Burns*

**Everett Burns, Member**

(Print Name and Title)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Pennsylvania

**IN RE:**                                                    Case No. _____

**Thiele Manufacturing, LLC** _____    Chapter **11** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  1,700,000.00 | | |
| B - Personal Property | Yes | 3 | $  3,800,609.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  3,220,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $  3,710,973.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $  5,500,609.00 | $  6,930,973.21 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC _____ Case No. _____
              Debtor(s)                                             (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Building and real property located at 309 Spruce Street, Windber, PA, 15963 19.219 acres and approximately 191,411 square feet** | | | 1,700,000.00 | 3,120,000.00 |
| | | **TOTAL** | **1,700,000.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC _____ Case No. _____
         Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Somerset Trust Bank Account #2000670370** | | **2,300.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposits** | | **7,782.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

IN RE **Thiele Manufacturing, LLC** _____  Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade Acounts Receivables** | | **543,790.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Burning table** | | **100,000.00** |
| | | **Machinery, Equipment and Vehicles** | | **1,056,500.00** |
| 30. Inventory. | | **Raw materials, Raw Materials - PD/Tp and Work In Process** | | **2,024,630.00** |
| 31. Animals. | X | | | |

IN RE **Thiele Manufacturing, LLC** _____  Case No. _____
                                                    Debtor(s)                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Prepaid expenses** | | 65,607.00 |
| | | | **TOTAL** | **3,800,609.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Thiele Manufacturing, LLC** _____ Case No. _____
_____
 Debtor(s) (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC** _____  Case No. _____
                       Debtor(s)                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dollar Bank Leasing PO Box 1075 Pittsburgh, PA  15230** | | | VALUE $ **100,000.00** | | | | **100,000.00** | |
| ACCOUNT NO. **Somerset Trust Company 151 W Main Street Somerset, PA  15501** | | | VALUE $ **3,300,290.00** | | | | **3,120,000.00** | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

**0** continuation sheets attached

Subtotal
(Total of this page)  $ **3,220,000.00**  $

Total
(Use only on last page)  $ **3,220,000.00**  $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC**                                              Case No. _____
<div align="center">Debtor(s)                                                                                      (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Thiele Manufacturing, LLC** _____   Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Accent Metals, Inc.**<br>**600 Farmbrook Lane**<br>**York, PA  17406** | | | **Trade debt** | | | | 2,331.47 |
| ACCOUNT NO.<br><br>**Aero Industries, Inc.**<br>**P.O. Box 1994**<br>**Indianapolis, IN  46206-1994** | | | **Trade debt** | | | | 20,174.84 |
| ACCOUNT NO.<br><br>**Airman, Inc.**<br>**51056 Century Court**<br>**Wixom, MI  48393** | | | **Trade debt** | | | | 9,141.32 |
| ACCOUNT NO.<br><br>**Allegheny Fluid Power, Inc.**<br>**112 Douglas Road**<br>**Sewickley, PA  15143** | | | **Trade debt** | | | | 2,836.70 |

**16** continuation sheets attached

Subtotal
(Total of this page) $ **34,484.33**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**IN RE** Thiele Manufacturing, LLC _____  Case No. _____
                            Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alro Steel Corporation**<br>**PO Box 641005**<br>**Detroit, MI 48264-1005** | | | **Trade debt** | | | | **125,360.27** |
| ACCOUNT NO.<br>**American AGIP Co. AGIP Lubricant**<br>**539 Marwood Road**<br>**Cabot, PA 16023** | | | **Trade debt** | | | | **16,278.52** |
| ACCOUNT NO.<br>**American Made, LLC**<br>**146 Ferry Street, Building 24A**<br>**Leetsdale, PA 15056** | | | **Trade debt** | | | | **1,471.00** |
| ACCOUNT NO.<br>**American Road Machinery, Inc.**<br>**401 Bridge Street**<br>**Minerva, OH 44657** | | | **Trade debt** | | | | **9,357.29** |
| ACCOUNT NO.<br>**American Roofing, Inc.**<br>**PO Box 1831**<br>**Altoona, PA 16603-1831** | | | | X | X | X | **21,146.25** |
| ACCOUNT NO.<br>**B & T Fabrication**<br>**187 Maple Valley Road, PO Box 304**<br>**Myersdale, PA 15552** | | | **Trade debt** | | | | **15,688.45** |
| ACCOUNT NO.<br>**Bayland Products, Inc.**<br>**44 Chestnut Way Circle**<br>**Barnegat, NJ 08005** | | | **Trade debt** | | | | **209.41** |

Sheet no. ___**1**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **189,511.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Thiele Manufacturing, LLC** _____ Case No. _____
<div align="center">Debtor(s)                                         (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **BCL Manufacturing, Inc.** <br> **161 Bello Drive** <br> **Windber, PA 15963** | | | Trade debt | | | | 46,361.11 |
| ACCOUNT NO. <br> **Beitzel Metal Corporation** <br> **12072 Bittinger Road** <br> **Grantsville, MD 21536** | | | Trade debt | | | | 13,175.08 |
| ACCOUNT NO. <br> **Best Metal Products Co.** <br> **2027 Momentum Place** <br> **Chicago, IL 60689-5320** | | | Trade debt | | | | 76,912.09 |
| ACCOUNT NO. <br> **Blue's Fire Extinguisher Service** <br> **Stephens & Franklin Streets** <br> **Johnstown, PA 15905-4696** | | | Trade debt | | | | 832.10 |
| ACCOUNT NO. <br> **Bosch Rexroth Canada Corp.** <br> **490 Prince Charles Drive S** <br> **Welland, ON L3B 5X7** | | | Trade debt | | | | 79,464.60 |
| ACCOUNT NO. <br> **Bral Corporation** <br> **2610 North Park Avenue** <br> **Warren, OH 44483** | | | Trade debt | | | | 1,224.31 |
| ACCOUNT NO. <br> **CCX Central Enterprises** <br> **PO Box 642800** <br> **Pittsburgh, PA 15264-2080** | | | Trade debt | | | | 6,738.63 |

Sheet no. **2** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **224,707.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC** _____  Case No. _____
<div align="center">Debtor(s)                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chemco Manufacturing Company, Inc.**<br>**PO Box 88657**<br>**Chicago, IL  68680-1657** | | | **Trade debt** | | | | **587.22** |
| ACCOUNT NO.<br>**Cole-Hersee Co.**<br>**PO Box 3229**<br>**Boston, MA  02241-3229** | | | **Trade debt** | | | | **2,348.53** |
| ACCOUNT NO.<br>**Component Technology**<br>**2004 Paysphere Circle**<br>**Chicago, IL  60673** | | | **Trade debt** | | | | **724,524.43** |
| ACCOUNT NO.<br>**Conemaugh Memorial Hospital**<br>**1086 Franklin Street**<br>**Johnstown, PA  15905-4398** | | | **Trade debt** | | | | **129.00** |
| ACCOUNT NO.<br>**Custom Hoists, Inc.**<br>**23842 Network Place**<br>**Chicago, IL  60693** | | | **Trade debt** | | | | **50,217.00** |
| ACCOUNT NO.<br>**Dale Oxygen And Acetylene, Inc.**<br>**146 Homer Street**<br>**Johnstown, PA  15902** | | | **Successor liability claim** | X | X | X | **52,000.00** |
| ACCOUNT NO.<br>**Dale Oxygen, Inc.**<br>**146 Horner Street**<br>**Johnstown, PA  15902** | | | **Trade debt** | | | X | **735.88** |

Sheet no. ___**3**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **830,542.06**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC _____ Case No. _____
                          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Datalizer Slide Charts**<br>**501 Westegate Drive**<br>**Addison, IL  60101** | | | **Trade debt** | | | | 4,648.50 |
| ACCOUNT NO.<br>**David Romano**<br>**300 24th Street**<br>**Windber, PA  15963** | | | **Trade debt** | | | | 8,000.00 |
| ACCOUNT NO.<br>**Delstar Technologies**<br>**PO Box 7777**<br>**Philadephia, PA  19175-0338** | | | **Trade debt** | | | | 521.50 |
| ACCOUNT NO.<br>**East Penn Manufacturing Co.**<br>**Box #4191, PO Box 8500**<br>**Philadelphia, PA  19178-4191** | | | **Trade debt** | | | | 3,539.07 |
| ACCOUNT NO.<br>**Epicor Software Corporation/Medicredit**<br>**Department 1547**<br>**Los Angeles, CA  90084-1547** | | | **Trade debt** | X | X | X | 39,542.20 |
| ACCOUNT NO.<br>**Exhibit Management Associates, Inc.**<br>**1404 Browns Lane, Suite E**<br>**Louisville, KY  40207** | | | **Trade debt** | | | | 4,400.00 |
| ACCOUNT NO.<br>**Extrudex Aluminum, Inc.**<br>**12051 Mahoning Avenue**<br>**North Jackson, OH  44451** | | | **Successor liability claim** | X | X | X | 117,000.00 |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 177,651.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC _____ Case No. _____
<span style="margin-left:2em">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**F. Tinker & Sons Co.**<br>**5665 Butler Street**<br>**Pittsburgh, PA 15201** | | | Trade debt | | | | 7,529.19 |
| ACCOUNT NO.<br>**Federal Signal Corporation**<br>**96631 Collection Center Drive**<br>**Chicago, IL 60693** | | | Trade debt | | | | 3,151.94 |
| ACCOUNT NO.<br>**FLink**<br>**502 N. Vermillion Street**<br>**Streator, IL 61364** | | | Trade debt | | | | 69,331.33 |
| ACCOUNT NO.<br>**Garnell Packaging, Inc.**<br>**169 Jari Drive**<br>**Johnstown, PA 15904** | | | Trade debt | | | | 540.38 |
| ACCOUNT NO.<br>**Gledhill Road Machinery Co.**<br>**PO Box 430**<br>**Newark, OH 43058-0430** | | | Trade debt | | | | 665,424.42 |
| ACCOUNT NO.<br>**Grainger**<br>**Dept. 868781055**<br>**Palatine, IL 60038-0001** | | | Trade debt | | | | 2,406.71 |
| ACCOUNT NO.<br>**Grote Industries LLC**<br>**2600 Lanier Drive**<br>**Madison, IN 47250** | | | Trade debt | | | | 10,644.48 |

Sheet no. **5** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="float:right; text-align:right">Subtotal<br>(Total of this page) $ 759,028.45</div>

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC** _____ Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harsh International, Inc.**<br>**600 Oak Avenue**<br>**Eaton, CO  80615** | | | Trade debt | | | | 957.60 |
| ACCOUNT NO.<br>**Harvey's Supply Co.**<br>**C/O Cumberland Truck Co., 25 Roadway Dr.**<br>**Carlisle, PA  17013** | | | Trade debt | | | | 4,276.91 |
| ACCOUNT NO.<br>**HYVA Corporation**<br>**1263 North Wood Dale Road**<br>**Wood Dale, IL  60191** | | | Trade debt | | | | 6,745.24 |
| ACCOUNT NO.<br>**IMS, Inc.**<br>**PO Box 14020**<br>**Lewiston, ME  04243-9547** | | | Trade debt | | | | 3,519.37 |
| ACCOUNT NO.<br>**Indian Lake Golf Club**<br>**1772 Penninsula Drive**<br>**Indian Lake, PA  15926** | | | Trade debt | X | X | X | 5,598.59 |
| ACCOUNT NO.<br>**Insta-Chain Inc.**<br>**PO Box 112125**<br>**Salt Lake City, UT  84147** | | | Trade debt | | | | 1,455.17 |
| ACCOUNT NO.<br>**International Extrusions**<br>**3173 Paysphere Circle**<br>**Chicago, IL  60674** | | | Trade debt | X | X | X | 214,161.00 |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **236,713.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC
_____  Case No. _____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**J & L Industrial Supply**<br>**20921 Lahser Road**<br>**Southfield, MI  48033** | | | **Trade debt** | | | | **339.91** |
| ACCOUNT NO.<br><br>**J.G.B. Enterprises, Inc.**<br>**PO Box 209**<br>**Liverpool, NY  13088-0209** | | | **Trade debt** | | | | **1,952.71** |
| ACCOUNT NO.<br><br>**Jo-Le Equipment, Inc.**<br>**4524 Best Station Road**<br>**Slatington, PA  18080** | | | **Trade debt** | | | | **5,084.30** |
| ACCOUNT NO.<br><br>**Johnstown Chemical Company**<br>**80 Messenger Street**<br>**Johnstown, PA  15902** | | | **Trade debt** | | | | **503.93** |
| ACCOUNT NO.<br><br>**Johnstown Magazine**<br>**PO Box 340**<br>**Johnstown, PA  15907-0340** | | | **Trade debt** | | | | **609.00** |
| ACCOUNT NO.<br><br>**Joseph Romano**<br>**618 Bobwhite Street**<br>**Johnstown, PA  15904** | | | **Employment-related claim** | X | X | X | **0.00** |
| ACCOUNT NO.<br><br>**JPC Fasteners**<br>**PO Box 411099**<br>**Kansas City, MO  64141** | | | **Trade debt** | | | | **948.18** |

Sheet no. **7** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **9,438.03**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC** _____ Case No. _____
<br>Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**K Castings, Inc.**<br>**523 Lloyd Avenue**<br>**Latrobe, PA 15650** | | | Trade debt | | | | **6,817.00** |
| ACCOUNT NO.<br>**Ken Forging**<br>**PO Box 277**<br>**PO Box 277**<br>**Jefferson, OH 44047** | | | Trade debt | | | | **1,006.92** |
| ACCOUNT NO.<br>**Key Way Supply Co.**<br>**NAPA Auto Parts, 4541 Lincoln Hwy**<br>**Stoystown, PA 15563** | | | Trade debt | | | | **951.43** |
| ACCOUNT NO.<br>**Lawson Products**<br>**2689 Paysphere Circle**<br>**Chicago, IL 60674** | | | Trade debt | | | | **19,393.04** |
| ACCOUNT NO.<br>**Lewishon Sales Co., Inc.**<br>**PO Box 192, 4001 Dell Avenue**<br>**North Bergen, NJ 07047** | | | Trade debt | | | | **613.20** |
| ACCOUNT NO.<br>**Lockard Company**<br>**PO Box 700**<br>**Indiana, PA 15701** | | | Trade debt | X | X | X | **24,653.00** |
| ACCOUNT NO.<br>**M. Glosser & Sons, Inc.**<br>**72 Messenger Street**<br>**Johnstown, PA 15902** | | | Trade debt | | | | **67,115.53** |

Sheet no. **8** of **16** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $ **120,550.12**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Thiele Manufacturing, LLC** _____ Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mallett Technology, Inc.**<br>**400 Technology Drive, Suite 200**<br>**Cannonsburg, PA  15317** | | | **Trade debt** | | | | 17,134.90 |
| ACCOUNT NO.<br>**Mandel Metals, Inc.**<br>**#774361, 4361 Solutions Center**<br>**Chicago, IL  60677-4003** | | | **Trade debt** | X | X | X | 317,840.29 |
| ACCOUNT NO.<br>**Maple City Tire Outlet**<br>**610 Beachley Street**<br>**Myersdale, PA  15552** | | | **Trade debt** | | | | 5,150.00 |
| ACCOUNT NO.<br>**Marstrand Industires, Inc.**<br>**PO Box 44089**<br>**Pittsburgh, PA  15205** | | | **Trade debt** | | | | 9,200.00 |
| ACCOUNT NO.<br>**McMaster-Carr Supply Co.**<br>**PO Box 7690**<br>**Chicago, IL  60680-7690** | | | **Trade debt** | | | | 15,042.12 |
| ACCOUNT NO.<br>**Metals USA**<br>**1070 West Liberty Street**<br>**Wooster, OH  44691** | | | **Trade debt** | | | | 24,171.62 |
| ACCOUNT NO.<br>**Metals USA, Plates & Shapes**<br>**Northeast, LP**<br>**81 Century Drive**<br>**Ambridge, PA  15003** | | | **Trade debt** | X | X | X | 60,000.00 |

Sheet no. **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **448,538.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC _____ Case No. _____
<div align="center">Debtor(s)                                            (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mid-State Sales, Inc.**<br>**1101 Gahanna Parkway**<br>**Columbus, OH  43230** | | | Trade debt | | | | 41,964.45 |
| ACCOUNT NO.<br>**Miller Auto Parts**<br>**PO Box 507**<br>**Huntingdon, PA  16652** | | | Trade debt | | | | 1,528.29 |
| ACCOUNT NO.<br>**Miller, Inc., R.L.**<br>**705 Mansfield Avenue**<br>**Pittsburgh, PA  15205** | | | Trade debt | | | | 3,554.10 |
| ACCOUNT NO.<br>**Modern-Seely Equipment & Supply Co., Inc**<br>**1325  Highway 34**<br>**Farmingdale, NJ  07727** | | | Trade debt | X | X | X | unknown |
| ACCOUNT NO.<br>**Monroe Truck Equipment (Snow & Ice Div)**<br>**1051 W. 7th Street**<br>**Monroe, WI  53566** | | | Trade debt | | | | 145.67 |
| ACCOUNT NO.<br>**Motion Industries, Inc.**<br>**PO Box 98412**<br>**Chicago, IL  60693** | | | Trade debt | | | | 1,629.39 |
| ACCOUNT NO.<br>**MR Machine Tool & Supply, Inc.**<br>**PO Box 397**<br>**Valencia, PA  15748** | | | Trade debt | | | | 7,871.55 |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **56,693.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** __Thiele Manufacturing, LLC__                    Case No. _____
                    Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **National Truck Equipment Association 37400 Hills Tech Drive Farmington Hill, MI 48331-3414** | | | **Trade debt** | | | | **15,662.75** |
| ACCOUNT NO. **North American Industries 80 Holton Street Woburn, MA 01801** | | | **Mechanics lien** | X | X | X | **7,810.00** |
| ACCOUNT NO. **North State Supply Co., Inc. 200 Lucerne Road Homer City, PA 15748** | | | **Trade debt** | | | | **806.36** |
| ACCOUNT NO. **Office Depot PO Box 88040 Chicago, IL 60680-1040** | | | **Trade debt** | | | | **692.46** |
| ACCOUNT NO. **Omaha Standard, Inc. Lockbox 30171 Omaha, NE 68103-1271** | | | **Trade debt** | | | | **1,559.00** |
| ACCOUNT NO. **Parker Hannifin 7998 Collection Center Drive Chicago, IL 60693** | | | **Trade debt** | | | | **8,778.55** |
| ACCOUNT NO. **Pennwest Industrial Trucks, LLC PO Box 3445 Pittsburgh, PA 15230-3445** | | | **Trade debt** | | | | **4,785.53** |

Sheet no. __11__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **40,094.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Penstan Supply** <br> **PO Box 7777-W9470** <br> **Philadelphia, PA 19175** | | | **Trade debt** | | | | 788.18 |
| ACCOUNT NO. <br><br> **Penton Media** <br> **PO Box 69685** <br> **Chicago, IL 60693-0032** | | | **Trade debt** | | | | 9,600.00 |
| ACCOUNT NO. <br><br> **Peterson Manufacturing Co.** <br> **PO Box #410032** <br> **Kansas City, MO 64141-0032** | | | **Trade debt** | | | | 392.20 |
| ACCOUNT NO. <br><br> **Pittsburgh Hydraulic Service, Inc.** <br> **2879 Oakland Avenue** <br> **Indiana, PA 15701** | | | **Trade debt** | | | | 5,000.00 |
| ACCOUNT NO. <br><br> **PJAX, Inc.** <br> **PO Box 635746** <br> **Cincinnati, OH 45263-5746** | | | **Trade debt** | | | | 1,026.78 |
| ACCOUNT NO. <br><br> **Platt & Sons, Inc.** <br> **2190 Teaberry Road, PO Box 664** <br> **Bedford, PA 15522-0664** | | | **Trade debt** | | | | 252.00 |
| ACCOUNT NO. <br><br> **PPG Industries, Inc.** <br> **PO Box 360491** <br> **Pittsburgh, PA 15251-6491** | | | **Trade debt** | | | | 20,677.84 |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 37,737.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC _____  Case No. _____
_____Debtor(s)_____                                    _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Prism Business Media**<br>**PO Box 96985**<br>**Chicago, IL  60693-6985** | | | **Trade debt** | | | | 2,400.00 |
| ACCOUNT NO.<br><br>**Pyle Machine & Mfg. Inc.**<br>**343 Bromm Road**<br>**Somerset, PA  15501** | | | **Trade debt** | X | X | X | 3,055.91 |
| ACCOUNT NO.<br><br>**Rigid Hitch Incorporated**<br>**3301 West Burnsville Parkway**<br>**Burnsville, MN  55337** | | | **Trade debt** | | | | 714.55 |
| ACCOUNT NO.<br><br>**Rowe Truck Equipment**<br>**102 W. 1st Street**<br>**Otterbein, IN  47970** | | | **Trade payables** | X | X | X | 38,962.00 |
| ACCOUNT NO.<br><br>**Ryerson, J.T. & Son, Inc.**<br>**PO Box 360208 M**<br>**Pittsburgh, PA  15251-1286** | | | **Trade debt** | X | X | X | 179,939.12 |
| ACCOUNT NO.<br><br>**Safeguard Business Systems**<br>**PO Box 88043**<br>**Chicago, IL  60680-1043** | | | **Trade debt** | | | | 744.67 |
| ACCOUNT NO.<br><br>**Scott Electric**<br>**PO Box S**<br>**Greensburg, PA  15601** | | | **Trade debt** | | | | 1,773.30 |

Sheet no. __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **227,589.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Thiele Manufacturing, LLC**                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sealco Comm Vehicle Products**<br>**PO Box 90611**<br>**Phoenix, AZ 85006-1007** | | | Trade debt | | | | 107.75 |
| ACCOUNT NO.<br>**Service Tire Truck Centers**<br>**4000 Fenton Avenue**<br>**Harrisburg, PA 17109** | | | Trade debt | | | | 5,000.00 |
| ACCOUNT NO.<br>**Shaffer Ford Sales**<br>**12532 Garrett Hwy**<br>**Oakland, MD 21550** | | | Trade debt | | | | 405.08 |
| ACCOUNT NO.<br>**SSAB Hardox Corporation**<br>**PO Box 643605**<br>**Pittsburgh, PA 15264-3605** | | | Trade debt | | | | 35,224.48 |
| ACCOUNT NO.<br>**Straub Metal**<br>**PO Box 7 Drawer D**<br>**Ashley, PA 18706** | | | Trade debt | | | | 73,535.57 |
| ACCOUNT NO.<br>**Thackray Industrial Supply Company**<br>**119 Roosevelt Blvd.**<br>**Johnstown, PA 15907** | | | Trade debt | | | | 11,275.86 |
| ACCOUNT NO.<br>**The Hartford**<br>**PO Box 2907**<br>**Hartford, CT 06104-2907** | | | Trade debt | | | | 49,133.00 |

Sheet no. **14** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **174,681.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Thiele Manufacturing, LLC _____ Case No. _____
_____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TNT Magazine**<br>**PO Box 68**<br>**Barnesville, PA 18214** | | | **Trade debt** | | | | 3,450.00 |
| ACCOUNT NO.<br>**Toma Metals, Inc.**<br>**740 Cooper Avenue**<br>**Johnstown, PA 15906** | | | **Successor liability claim** | X | X | X | 30,000.00 |
| ACCOUNT NO.<br>**Tribune Democrat**<br>**PO Box 340**<br>**Johnstown, PA 15907-0340** | | | **Trade debt** | | | | 1,900.05 |
| ACCOUNT NO.<br>**Tubelite Company, Inc.**<br>**1224 Refugee Lane**<br>**Columbus, OH 43207** | | | **Trade debt** | | | | 3,725.20 |
| ACCOUNT NO.<br>**Ultron/Del Liftgates, Inc.**<br>**PO Box 200695**<br>**Pittsburgh, PA 15251-0695** | | | **Trade debt** | | | | 3,193.56 |
| ACCOUNT NO.<br>**Unifirst Corporation**<br>**PO Box 761**<br>**Edensburg, PA 15931** | | | **Trade debt** | | | | 15,331.50 |
| ACCOUNT NO.<br>**United Mine Workers Of America**<br>**District #2, Local #997**<br>**1130 Roberts Road, Suite B**<br>**Grindstone, PA 15442** | | | **Unfair labor practices claim** | X | X | X | 0.00 |

Sheet no. **15** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **57,600.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC** _____ Case No. _____
<br>Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**UPS Freight<br>PO Box 79755<br>Baltimore, MD  21279-0755** | | | **Trade debt** | | | | 533.63 |
| ACCOUNT NO.<br>**Valley National Gases, Inc.<br>PO Box 6378<br>Wheeling, WV  26003-0615** | | | **Trade debt** | | | | 50,962.66 |
| ACCOUNT NO.<br>**Vlahek, Inc.<br>PO Box 23335<br>Beleville, IL  62223** | | | **Trade debt** | | | | 741.56 |
| ACCOUNT NO.<br>**Watson & Chalin Mfg., Inc.<br>725 University Drive<br>McKinney, TX  75069** | | | **Trade debt** | | | | 13,442.20 |
| ACCOUNT NO.<br>**Whelen Engineering Company, Inc.<br>Route #145, Winthrop Road<br>Chester, CT  06412-0684** | | | **Trade debt** | | | | 6,012.97 |
| ACCOUNT NO.<br>**Yellow Transportation, Inc.<br>PO Box 13850<br>Newark, NJ  07188-0850** | | | **Trade debt** | | | | 12,531.99 |
| ACCOUNT NO.<br>**Zep Manufacturing Company<br>PO Box 3338<br>Boston, MA  02241-3338** | | | **Trade debt** | | | | 1,185.32 |

Sheet no. __16__ of __16__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $ **85,410.33**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $ **3,710,973.21**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Thiele Manufacturing, LLC**                                      Case No. _____
                        Debtor(s)                                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **United Mine Workers Of America**<br>**District #2, Local #997**<br>**1130 Roberts Road, Suite B**<br>**Grindstone, PA  15442** | **Collective Bargaining Agreement** |
| **Unitrust Corporation** | **Uniforms** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC** _____ Case No. _____

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Pennsylvania

IN RE:                                                            Case No. _____

**Thiele Manufacturing, LLC** _____ Chapter **11** _____
<center>Debtor(s)</center>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| 5,396,788.00 | 2006 Business |
| 12,519,091.00 | 2007 Business |
| 1,172,066.00 | 2008 Business |

## 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None **b. Debtor whose debts are not primarily consumer debts:** *List each payment or other transfer to any creditor made within* **90 days** *immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (\*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

None **c. All debtors:** *List all payments made within* **one year** *immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **0.00** | **0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pyle Machine vs. Thiele Manufacturing, LLC** | **Commercial Litigation** | **Somerset County, PA** | **Default Judgment August 2008** |
| **In Re Thiele Manufacturing, LLC Case # 6-CA-36268** | **Charge filed by United Mine Workers of America, District #2, Local #997** | **National Labor Relations Board, Region 6** | **Pending** |
| **North Amercian Industries vs. Thiele Manufacturing, LLC** | **Mechanics Lien** | **Somerset County, PA** | **Pending** |
| **Extrude Aluminum vs. Thiele Manufactruing, LLC Case # 2006CV01644** | **Successor Liability** | **Mahoning County, Ohio** | **Case Withdrawn 11/11/2008** |
| **Metals USA, Plates and Shapes National, LP vs. Thiele Manufacturing, LLC Case # 376 Civil 2006** | **Successor Liability** | **Somerset County, PA** | **Pending** |
| **Toma Metals, Inc. vs Theile Manufacturing, LLC Case No. 2006-2335** | **Successor Liability** | **Cambria County, PA** | **Pending** |
| **Joseph T. Ryerson d/b/a Ryerson Pittsburgh vs. Theile Manufacturing, LLC Case No. GD 08-009032** | **Action for collection with respect to sale of product** | **Alllegheny County, PA** | **Pending** |
| **Dale Oxygen and Acertylene Services, Inc. vs. Theile Manufacturing, LLC Docket No. 2008-547** | **Successor Liability** | **Cambria County, PA** | **Pending** |
| **Wayne S. Lockand & Sons, Inc. vs. Thiele Manufacturing, LLC Docket No. 1116 Civil 2008** | **Collection Action related to sale of product** | **Somerset County, PA** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Blackwell, Tarantine & Certo, P.C.** **801 Vinial Street, 3rd Floor** **Pittsburgh, PA  15212** Retainer | **12/11/08** | **25,000.00** |
| **Blackwell, Tarantine & Certo, P.C.** **801 Vinial Street, 3rd Floor** **Pittsburgh, PA  15212** Fee for legal services | **12/11/08** | **10,000.00** |

**10. Other transfers**

None ☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Grossman Yanak & Ford LLP**<br>**Three Gateway Center, Suite 1800**<br>**Pittsburgh, PA 15222** | **2006-2008** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Everett Burns**
**11 Stanwix Street, Suite 1450**
**Pittsburgh, PA 15222**

**Grossman Yanak & Ford LLP**
**Three Gateway Center, Suite 1800**
**Pittsburgh, PA 15219**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Somerset Trust Company**<br>**151 West Main Street**<br>**Somerset, PA 15501** | **Periodic basis** |

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| **11/30/08** | **Everett Burns** | **$2,024,630.00** |
| **12/31/07** | **Everett Burns** | **$2,958,600.00** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | **Everett Burns**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** |

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Certo Family Trust**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** | **Member** | **90%** |
| **Everett Burns**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** | **Member/Treasurer** | **5%** |
| **David Gilpatrick**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** | **Member/Secretary** | **5%** |
| **Thomas Certo**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** | **President** | |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **Thiele Manufacturing 401K Plan** | **51-0561880** |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 19, 2008**          Signature: **/s/ Everett Burns**

**Everett Burns, Member**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Western District of Pennsylvania

**IN RE:**                                                                Case No. _____

**Thiele Manufacturing, LLC** _____    Chapter **11** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................. $ _____**250.00/hr**

    Prior to the filing of this statement I have received ......................................................... $ _____**25,000.00**

    Balance Due ............................................................................................. $ _____

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**December 19, 2008**_____        _____*/s/ Richard R. Tarantine*_____
              Date                                Richard R. Tarantine PA # 49082
                                                  **Blackwell, Tarantine & Certo P.C.**
                                                  **801 Vinial Street**
                                                  **Pittsburgh, PA  15212-5127**
                                                  **(412) 391-5299  Fax: (412) 391-2247**
                                                  **rrt@btclaw.com**

</div>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Pennsylvania

**IN RE:**                                                          Case No. _____

**Thiele Manufacturing, LLC** _____    Chapter __11__
<span style="padding-left:2em">Debtor(s)</span>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| **Certo Family Trust**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** | **90** | **Limited Partner** |
| **David Gilpatrick**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** | **5** | **Limited Partner** |
| **Everett Burns**<br>**11 Stanwix Street, Suite 1450**<br>**Pittsburgh, PA 15222** | **5** | **Limited Partner** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Thiele Manufacturing, LLC** _____ Case No. _____
 Debtor(s)                                                (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

                                                                        Debtor

Date: _____  Signature: _____

                                                                        (Joint Debtor, if any)
                                                      [If joint case, both spouses must sign.]

_____

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Thiele Manufacturing, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**29** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 19, 2008** _____  Signature: **_/s/ Everett Burns_** _____

                                **Everett Burns** _____
                                                      (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Western District of Pennsylvania

IN RE:                                                    Case No. _____

Thiele Manufacturing, LLC _____    Chapter __11__
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: __December 19, 2008_____    Signature: _/s/ Everett Burns_____
                                                  **Everett Burns, Member**                        Debtor

Date: _____    Signature: _____
                                                                              Joint Debtor, if any

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Accent Metals, Inc.
600 Farmbrook Lane
York, PA  17406


Aero Industries, Inc.
P.O. Box 1994
Indianapolis, IN  46206-1994


Airman, Inc.
51056 Century Court
Wixom, MI  48393


Allegheny Fluid Power, Inc.
112 Douglas Road
Sewickley, PA  15143


Alro Steel Corporation
PO Box 641005
Detroit, MI  48264-1005


American AGIP Co. AGIP Lubricant
539 Marwood Road
Cabot, PA  16023


American Made, LLC
146 Ferry Street, Building 24A
Leetsdale, PA  15056


American Road Machinery, Inc.
401 Bridge Street
Minerva, OH  44657


American Roofing, Inc.
PO Box 1831
Altoona, PA  16603-1831

B & T Fabrication
187 Maple Valley Road, PO Box 304
Myersdale, PA  15552


Bayland Products, Inc.
44 Chestnut Way Circle
Barnegat, NJ  08005


BCL Manufacturing, Inc.
161 Bello Drive
Windber, PA  15963


Beitzel Metal Corporation
12072 Bittinger Road
Grantsville, MD  21536


Best Metal Products Co.
2027 Momentum Place
Chicago, IL  60689-5320


Blue's Fire Extinguisher Service
Stephens & Franklin Streets
Johnstown, PA  15905-4696


Bosch Rexroth Canada Corp.
490 Prince Charles Drive S
Welland, ON  L3B 5X7


Bral Corporation
2610 North Park Avenue
Warren, OH  44483


CCX Central Enterprises
PO Box 642800
Pittsburgh, PA  15264-2080

Certo Family Trust
11 Stanwix Street, Suite 1450
Pittsburgh, PA  15222


Chemco Manufacturing Company, Inc.
PO Box 88657
Chicago, IL  68680-1657


Cole-Hersee Co.
PO Box 3229
Boston, MA  02241-3229


Component Technology
2004 Paysphere Circle
Chicago, IL  60673


Conemaugh Memorial Hospital
1086 Franklin Street
Johnstown, PA  15905-4398


Custom Hoists, Inc.
23842 Network Place
Chicago, IL  60693


Dale Oxygen And Acetylene, Inc.
146 Homer Street
Johnstown, PA  15902


Dale Oxygen, Inc.
146 Horner Street
Johnstown, PA  15902


Datalizer Slide Charts
501 Westagate Drive
Addison, IL  60101

David Gilpatrick
11 Stanwix Street, Suite 1450
Pittsburgh, PA  15222


David Romano
300 24th Street
Windber, PA  15963


Delstar Technologies
PO Box 7777
Philadephia, PA  19175-0338


Dollar Bank Leasing
PO Box 1075
Pittsburgh, PA  15230


East Penn Manufacturing Co.
Box #4191, PO Box 8500
Philadelphia, PA  19178-4191


Epicor Software Corporation/Medicredit
Department 1547
Los Angeles, CA  90084-1547


Everett Burns
11 Stanwix Street, Suite 1450
Pittsburgh, PA  15222


Exhibit Management Associates, Inc.
1404 Browns Lane, Suite E
Louisville, KY  40207


Extrudex Aluminum, Inc.
12051 Mahoning Avenue
North Jackson, OH  44451

F. Tinker & Sons Co.
5665 Butler Street
Pittsburgh, PA  15201


Federal Signal Corporation
96631 Collection Center Drive
Chicago, IL  60693


FLink
502 N. Vermillion Street
Streator, IL  61364


Garnell Packaging, Inc.
169 Jari Drive
Johnstown, PA  15904


Gledhill Road Machinery Co.
PO Box 430
Newark, OH  43058-0430


Grainger
Dept. 868781055
Palatine, IL  60038-0001


Grote Industries LLC
2600 Lanier Drive
Madison, IN  47250


Harsh International, Inc.
600 Oak Avenue
Eaton, CO  80615


Harvey's Supply Co.
C/O Cumberland Truck Co., 25 Roadway Dr.
Carlisle, PA  17013

HYVA Corporation
1263 North Wood Dale Road
Wood Dale, IL  60191


IMS, Inc.
PO Box 14020
Lewiston, ME  04243-9547


Indian Lake Golf Club
1772 Penninsula Drive
Indian Lake, PA  15926


Insta-Chain Inc.
PO Box 112125
Salt Lake City, UT  84147


International Extrusions
3173 Paysphere Circle
Chicago, IL  60674


J & L Industrial Supply
20921 Lahser Road
Southfield, MI  48033


J.G.B. Enterprises, Inc.
PO Box 209
Liverpool, NY  13088-0209


Jo-Le Equipment, Inc.
4524 Best Station Road
Slatington, PA  18080


Johnstown Chemical Company
80 Messenger Street
Johnstown, PA  15902

Johnstown Magazine
PO Box 340
Johnstown, PA  15907-0340


Joseph Romano
618 Bobwhite Street
Johnstown, PA  15904


JPC Fasteners
PO Box 411099
Kansas City, MO  64141


K Castings, Inc.
523 Lloyd Avenue
Latrobe, PA  15650


Ken Forging
PO Box 277
PO Box 277
Jefferson, OH  44047


Key Way Supply Co.
NAPA Auto Parts, 4541 Lincoln Hwy
Stoystown, PA  15563


Lawson Products
2689 Paysphere Circle
Chicago, IL  60674


Lewishon Sales Co., Inc.
PO Box 192, 4001 Dell Avenue
North Bergen, NJ  07047


Lockard Company
PO Box 700
Indiana, PA  15701

M. Glosser & Sons, Inc.
72 Messenger Street
Johnstown, PA  15902


Mallett Technology, Inc.
400 Technology Drive, Suite 200
Cannonsburg, PA  15317


Mandel Metals, Inc.
#774361, 4361 Solutions Center
Chicago, IL  60677-4003


Maple City Tire Outlet
610 Beachley Street
Myersdale, PA  15552


Marstrand Industires, Inc.
PO Box 44089
Pittsburgh, PA  15205


McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL  60680-7690


Metals USA
1070 West Liberty Street
Wooster, OH  44691


Metals USA, Plates & Shapes
Northeast, LP
81 Century Drive
Ambridge, PA  15003


Mid-State Sales, Inc.
1101 Gahanna Parkway
Columbus, OH  43230

Miller Auto Parts
PO Box 507
Huntingdon, PA  16652


Miller, Inc., R.L.
705 Mansfield Avenue
Pittsburgh, PA  15205


Modern-Seely Equipment & Supply Co., Inc
1325  Highway 34
Farmingdale, NJ  07727


Monroe Truck Equipment (Snow & Ice Div)
1051 W. 7th Street
Monroe, WI  53566


Motion Industries, Inc.
PO Box 98412
Chicago, IL  60693


MR Machine Tool & Supply, Inc.
PO Box 397
Valencia, PA  15748


National Truck Equipment Association
37400 Hills Tech Drive
Farmington Hill, MI  48331-3414


North American Industries
80 Holton Street
Woburn, MA  01801


North State Supply Co., Inc.
200 Lucerne Road
Homer City, PA  15748

```
Office Depot
PO Box 88040
Chicago, IL  60680-1040


Omaha Standard, Inc.
Lockbox 30171
Omaha, NE  68103-1271


Parker Hannifin
7998 Collection Center Drive
Chicago, IL  60693


Pennwest Industrial Trucks, LLC
PO Box 3445
Pittsburgh, PA  15230-3445


Penstan Supply
PO Box 7777-W9470
Philadelphia, PA  19175


Penton Media
PO Box 69685
Chicago, IL  60693-0032


Peterson Manufacturing Co.
PO Box #410032
Kansas City, MO  64141-0032


Pittsburgh Hydraulic Service, Inc.
2879 Oakland Avenue
Indiana, PA  15701


PJAX, Inc.
PO Box 635746
Cincinnati, OH  45263-5746
```

Platt & Sons, Inc.
2190 Teaberry Road, PO Box 664
Bedford, PA  15522-0664


PPG Industries, Inc.
PO Box 360491
Pittsburgh, PA  15251-6491


Prism Business Media
PO Box 96985
Chicago, IL  60693-6985


Pyle Machine & Mfg. Inc.
343 Bromm Road
Somerset, PA  15501


Rigid Hitch Incorporated
3301 West Burnsville Parkway
Burnsville, MN  55337


Rowe Truck Equipment
102 W. 1st Street
Otterbein, IN  47970


Ryerson, J.T. & Son, Inc.
PO Box 360208 M
Pittsburgh, PA  15251-1286


Safeguard Business Systems
PO Box 88043
Chicago, IL  60680-1043


Scott Electric
PO Box S
Greensburg, PA  15601

Sealco Comm Vehicle Products
PO Box 90611
Phoenix, AZ  85006-1007


Service Tire Truck Centers
4000 Fenton Avenue
Harrisburg, PA  17109


Shaffer Ford Sales
12532 Garrett Hwy
Oakland, MD  21550


Somerset Trust Company
151 W Main Street
Somerset, PA  15501


SSAB Hardox Corporation
PO Box 643605
Pittsburgh, PA  15264-3605


Straub Metal
PO Box 7 Drawer D
Ashley, PA  18706


Thackray Industrial Supply Company
119 Roosevelt Blvd.
Johnstown, PA  15907


The Hartford
PO Box 2907
Hartford, CT  06104-2907


TNT Magazine
PO Box 68
Barnesville, PA  18214

Toma Metals, Inc.
740 Cooper Avenue
Johnstown, PA  15906


Tribune Democrat
PO Box 340
Johnstown, PA  15907-0340


Tubelite Company, Inc.
1224 Refugee Lane
Columbus, OH  43207


Ultron/Del Liftgates, Inc.
PO Box 200695
Pittsburgh, PA  15251-0695


Unifirst Corporation
PO Box 761
Edensburg, PA  15931


United Mine Workers Of America
District #2, Local #997
1130 Roberts Road, Suite B
Grindstone, PA  15442


UPS Freight
PO Box 79755
Baltimore, MD  21279-0755


Valley National Gases, Inc.
PO Box 6378
Wheeling, WV  26003-0615


Vlahek, Inc.
PO Box 23335
Beleville, IL  62223

Watson & Chalin Mfg., Inc.
725 University Drive
McKinney, TX  75069


Whelen Engineering Company, Inc.
Route #145, Winthrop Road
Chester, CT  06412-0684


Yellow Transportation, Inc.
PO Box 13850
Newark, NJ  07188-0850


Zep Manufacturing Company
PO Box 3338
Boston, MA  02241-3338