IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : Case No.: 08-28469-JFK |
|---|---|
| THIELE MANUFACTURING, LLC, | : Chapter 11 |
| Debtor. | : |
|  | : Document Number: 244 |
|  | : Related to Document No.: 242 & 243 |

### SUMMARY OF CHAPTER 11 PLAN OF REORGANIZATION
### DATED NOVEMBER 17, 2009

The Plan will be funded from the net profits from Debtor's business.

1. **Treatment of Secured Non-Tax Claims – Payments to be made directly to lender**

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|
| Dollar Bank Leasing | 4 | $65,000.00 | The creditor will be paid according to the terms of the Note. |
| Somerset Trust Company | 3 | $3,109,186.00 | The creditor will be paid according to the terms of the Note and Mortgage. |
| Certo Family Trust | 2 | $400,000.00[1] | The creditor will be paid in full on or before the Effective Date |
| **Total** |  | $3,574,186.00 |  |

2. **Treatment of Secured Tax Claims**

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|
| None |  |  |  |
|  |  |  |  |
| **Total** |  |  |  |

3. **Treatment of Administrative Non-Tax Claims**

---

1 Any deficiency in the collateral constitutes an administrative claim against the Debtor.

| Name of Creditor | Class | Amount Owed | Type of Debt | Summary of Proposed Treatment and Date of First Payment |
|---|---|---|---|---|
| Richard R. Tarantine, Attorney At Law | 1 | $100,000.00, estimated, less retainer and any prior payments | Professional Fees & Costs | To be paid on the Plan Effective date or as the parties agree. |
| Bernstein Law Firm | 1 | $60,000.00 estimated, less retainer and any prior payments | Professional Fees & Costs | To be paid on the Plan Effective date or as the parties agree. |
| Hartford Fire Insurance, Co. POC #33 | 1 | $42,500.00 Estimated | Insurance | To be paid on the Plan Effective date or as the parties agree. |
| U.S. Trustee | 1 | $6,000.00 Estimated | Court Fees | To be paid on the Plan Effective date. |
| Certo Family Trust[2] | 2 | $0 | DIP Financing | To be paid on or before the Plan Effective date. |
| Total | | $208,500.00 | | |

4. **Treatment of Administrative Tax Claims**

| Name of Creditor | Amount Owed | Type of Debt | Summary of Proposed Treatment and Date of First Payment |
|---|---|---|---|
| **None** | | | |
| **Total** | | | |

---

[2] The Certo Family Trust has an administrative claim against the Debtor to the extent of any deficiency in the collateral pledged for its DIP Financing Loan.

5. **Treatment of Priority Non-Tax Claims**

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|
| Joseph Romano **Disputed** POC #53 | 7 | $10,950.00 | Joseph Romano **Disputed** POC #53 |
| National Labor Relations Board **Disputed** POC #58 | 7 | $5,260.00 | National Labor Relations Board **Disputed** POC #58 |
| **Total** | | $16,210.00 | |

6. **Treatment of Priority Tax Claims**

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|
| Pennsylvania Department of Revenue POC # 2 | 6 | $1,073.00 | To be paid on the Plan Effective Date. |
| Internal Revenue Service POC #27 | 6 | $151.53 | To be paid on the Plan Effective Date. |
| **Total** | | $1,224.53 | |

7. **Treatment of General Unsecured Non-Tax Claims**

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| Accent Metals, Inc. POC #12 | 9 | $2,331.47 | 9.4% |
| Aero Industries, Inc. | 9 | $20,174.84 | 9.4% |
| Airman, Inc. | 9 | $9,141.32 | 9.4% |
| Allegheny Fluid Power, Inc. | 9 | $2,836.33 | 9.4% |
| Alro Steel Corporation POC #49 | 9 | $125,347.72 | 9.4% |
| American AGIP Co. AGIP Lubricant POC #39 | 9 | $16,129.07 | 9.4% |

| | | | |
|---|---|---|---|
| American Made, LLC | 9 | $1,471.00 | 9.4% |
| American Road Machinery, Inc. | 9 | $9,357.00 | 9.4% |
| American Roofing, Inc.<br>POC #51 | 9 | $29,554.25 | 9.4% |
| B&T Fabrication | 9 | $15,688.45 | 9.4% |
| Bayland Products, Inc.<br>POC #28 | 9 | $209.41 | 9.4% |
| BCL Manufacturing, Inc. | 9 | $46,361.11 | 9.4% |
| Beitzel Metal Corporation | 9 | $13,175.08 | 9.4% |
| Best Metal Products Co. | 9 | $76,912.09 | 9.4% |
| Blue's Fire Extinguisher Service<br>POC #10 | 9 | $832.10 | 9.4% |
| Bosch Rexroth Canada Corp.<br>POC #60 | 9 | $79,464.60 | 9.4% |
| Bral Corporation | 9 | $1,224.31 | 9.4% |
| CCX Central Enterprises | 9 | $6,738.63 | 9.4% |
| Chemco Manufacturing Company, Inc.<br>POC #22 | 9 | $587.22 | 9.4% |
| Cohen & Grigsby P.C. | 9 | $8,816.00 | 9.4% |
| Cole-Hersee Co.<br>POc #18 | 9 | $2,348.53 | 9.4% |
| Component Technology | 9 | $724,524.43 | 9.4% |
| Conemaugh Memorial Hospital | 9 | $129.00 | 9.4% |
| Custom Hoists, Inc.<br>POC #43 | 9 | $50,217.00 | 9.4% |
| Dale Oxygen and Acetylene, Inc.<br>POC #31<br>**Disputed as to amount.**<br>**Claim is properly $736.00** | 9 | $5,047.16 | 9.4% |
| Datalizer Slide Charts | 9 | $4,648.50 | 9.4% |
| David Romano<br>POC #21<br>**Disputed**<br>**POC is based on purported**<br>**breach of employment**<br>**agreement** | 9 | $4,453.00 | 9.4% |
| Delstar Technologies | 9 | $521.50 | 9.4% |
| East Penn Manufacturing Co.<br>POC #8 | 9 | $3,539.07 | 9.4% |
| Epicor Software Corporation/Medicredit | 9 | $39,542.20 | 9.4% |
| Exhibit Management Associates, Inc. | 9 | $4,400.00 | 9.4% |

| | | | |
|---|---|---|---|
| Extrudex Aluminum, Inc. **Disputed** **Represents claim against Thiele Industries** | 9 | $117,000.00 | 9.4% |
| F. Tinker & Sons Co. | 9 | $7,529.19 | 9.4% |
| Federal Signal Corporation POC #23 | 9 | $3,151.94 | 9.4% |
| Flink | 9 | $69,331.33 | 9.4% |
| Garnell Packaging, Inc. | 9 | $540.38 | 9.4% |
| Gledhill Road Machinery Co. POC #54 | 9 | $665,424.42 | 9.4% |
| Grainger, Inc. POC #6 | 9 | $2,406.71 | 9.4% |
| Grote Industries, LLC | 9 | $10,644.48 | 9.4% |
| Harsh International, Inc. | 9 | $957.60 | 9.4% |
| Hartford Fire Insurance, Co. POC #32 | 9 | $29,952.57 | 9.4% |
| Harvey's Supply Co. | 9 | $4,276.91 | 9.4% |
| HYVA Corporation | 9 | $6,745.24 | 9.4% |
| IMS, Inc. POC #17 | 9 | $3,591.37 | 9.4% |
| Indian Lake Golf Club POC #30 | 9 | $5,630.59 | 9.4% |
| Insta-Chain, Inc. | 9 | $1,455.17 | 9.4% |
| International Extrusions POC #56 **Disputed as to amount.** **Claim is properly $202,589.00** | 9 | $214,020.70 | 9.4% |
| J&L Industrial Supply POC #1 | 9 | $339.91 | 9.4% |
| J.G.B. Enterprises, Inc. POC #59 | 9 | $1,952.71 | 9.4% |
| Jo-Le Equipment, Inc. | 9 | $5,084.30 | 9.4% |
| Johnstown Chemical Company | 9 | $503.93 | 9.4% |
| Johnstown Magazine POC #47 | 9 | $627.41 | 9.4% |
| Joseph Romano POC #53 **Disputed** **POC is based on purported breach of employment agreement** | 9 | $29,263.84 | 9.4% |
| JPC Fasteners POC #5 | 9 | $948.18 | 9.4% |

| | | | |
|---|---|---|---|
| K Castings, Inc. | 9 | $0 | 9.4% |
| Ken Forging | 9 | $1006.92 | 9.4% |
| Key Way Supply Co. | 9 | $951.43 | 9.4% |
| Lawson Products, Inc. POC #34 | 9 | $19,393.04 | 9.4% |
| Lewishon Sales Co., Inc. | 9 | $613.20 | 9.4% |
| Lockard Company POC #35 **Disputed as to amount. Claim is properly $22,082.00** | 9 | $29,789.48 | 9.4% |
| M. Glosser & Sons, Inc. | 9 | $67,115.53 | 9.4% |
| Malikia Washington POC #57 **Disputed POC is based on tort-personal injury claim** | 8 | $3,000,000 | 9.4% |
| Mallett Technology | 9 | $17,134.90 | 9.4% |
| Mandel Metals, Inc. POC #3 | 9 | $317,724.01 | 9.4% |
| Maple City Tire Outlet | 9 | $5,150.00 | 9.4% |
| Marstrand Industries, Inc. POC 344 | 9 | $9,200.00 | 9.4% |
| McMaster-Carr Supply Co. POC #4 | 9 | $15,042.12 | 9.4% |
| Metals USA POC #46 | 9 | $24,171.62 | 9.4% |
| Metals USA, Plates & Shapes POC #9 **Disputed Represents claim against Thiele Industries** | 9 | $59,366.78 | 9.4% |
| Mid-State Sales, Inc. | 9 | $41,964.45 | 9.4% |
| Miller Auto Parts | 9 | $1,528.29 | 9.4% |
| Miller, Inc. R.L. POC #24 | 9 | $3,554.10 | 9.4% |
| Modern-Seely Equipment & Supply Co., Inc. POC #45 **Disputed POC is for unspecified value of warranties on goods sold** | 9 | $11,595.54 | 9.4% |
| Monroe Truck Equipment (Snow & Ice Division) | 9 | $145.67 | 9.4% |
| Motion Industries | 9 | $1,629.39 | 9.4% |

| | | | |
|---|---|---|---|
| MR Machine Tool & Supply, Inc. POC #52 | 9 | $7,871.55 | 9.4% |
| National Truck Equipment Association POC #25 | 9 | $10,454.00 | 9.4% |
| North American Industries | 9 | $7,810.00 | 9.4% |
| North State Supply Co., Inc. POC #13 | 9 | $806.36 | 9.4% |
| Office Depot | 9 | $692.46 | 9.4% |
| Omaha Standard, Inc. | 9 | $1,559.00 | 9.4% |
| Parker Hannifin POC #40 | 9 | $8,778.55 | 9.4% |
| Pennwest Industrial Trucks, LLC POC #16 | 9 | $4,795.79 | 9.4% |
| Penstan Supply POc #26 | 9 | $788.18 | 9.4% |
| Penton Media | 9 | $9,600.00 | 9.4% |
| Peterson Manufacturing Co. | 9 | $392.20 | 9.4% |
| Pittsburgh Hydraulic Service, Inc. POC #29 | 9 | $5,535.06 | 9.4% |
| PJAX, Inc. POC 55 | 9 | $1,026.78 | 9.4% |
| Platt & Sons, Inc. | 9 | $252.00 | 9.4% |
| PPG Industries, Inc. | 9 | $20,677.84 | 9.4% |
| Prism Business Media | 9 | $2,400.00 | 9.4% |
| Pyle Machine & Mfg. Inc. | 9 | $3,055.91 | 9.4% |
| Rigid Hitch Incorporated | 9 | $714.55 | 9.4% |
| Rowe Truck Equipment | 9 | $38,962.00 | 9.4% |
| Ryerson, J.T. & Son, Inc. | 9 | $179,939.12 | 9.4% |
| Safeguard Business Systems | 9 | $744.67 | 9.4% |
| Scott Electric POC #14 | 9 | $1,773.30 | 9.4% |
| Sealco Comm Vehicle Products | 9 | $107.75 | 9.4% |
| Service Tire Truck Centers POC #36 | 9 | $5,000.00 | 9.4% |
| Shaffer Ford Sales POC #11 | 9 | $299.09 | 9.4% |
| SSAB Hardox Corporation POC #37 **Disputed as to amount. Claim is properly $35,224.00** | 9 | $45,921.98 | 9.4% |

7

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| Straub Metal International, Inc. POC #20 | 9 | $73,535.57 | 9.4% |
| Thackray Industrial Supply Company | 9 | $11,275.86 | 9.4% |
| TNT Magazine | 9 | $3,450.00 | 9.4% |
| Toma Metals, Inc. POC #50 **Disputed Adversary Action has been filed.** | 9 | $48,451.90 | 9.4% |
| Tribune Democrat POC #48 | 9 | $2,062.62 | 9.4% |
| Tubelite Company, Inc. POC #19 | 9 | $3,725.20 | 9.4% |
| Ultron/Del Liftgates, Inc. | 9 | $3,193.56 | 9.4% |
| Unifirst Corporation POC #38 | 9 | $21,628.96 | 9.4% |
| United Mine Works of America District #2, Local #997 | 9 | $0.00 | 9.4% |
| UPS Freight | 9 | $533.63 | 9.4% |
| Valley National Gases, Inc. POC #41 **Disputed as to amount. POC includes post-petition charges Claim is properly $50,563.00** | 9 | $53,538.73 | 9.4% |
| Vlahek, Inc. | 9 | $741.56 | 9.4% |
| Watson & Chalin Mfg., Inc. POC #7 | 9 | $13,442.20 | 9.4% |
| Whelen Engineering Company, Inc. | 9 | $6,012.97 | 9.4% |
| Yellow Transportation, Inc. POC #42 | 9 | $12,531.99 | 9.4% |
| Zep Manufacturing Company | 9 | $1,185.32 | 9.4% |
| **Total** | | $6,729,445.95 | |

8.   **Treatment of General Unsecured Tax Claims**

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|

8

| | | | |
|---|---|---|---|
| **Pennsylvania Department of Revenue POC #2** | 9 | $68.00 | 9.4% |
| **Internal Revenue Service POC #27** | 9 | $1,879.80 | 9.4% |
| **Total** | | $1,947.80 | |

Respectfully Submitted:

Dated: November 17, 2009      /s/ Richard R. Tarantine
**Richard R. Tarantine, Esquire**
**Pa. I.D No. 49082**
**Frick Building**
**437 Grant Street, Suite 416**
**Pittsburgh, PA 15219**
(412) 391-5299
(412) 223-4302 (fax)

*Attorney for Debtor*